UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT CHARLES JONES,

                Plaintiff,

    v.

PERRY RUSSELL, *et al.*,

                Defendants.

Case No. 3:23-cv-00343-MMD-CSD

ORDER

On October 4, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") for an inmate as moot and gave him until November 3, 2023, to either pay the full $402 filing fee or file an IFP application for a non-inmate. (ECF No. 6 at 13). That deadline expired and Plaintiff has not paid the filing fee, filed an IFP application for a non-inmate, or otherwise responded. The Court finds that good cause exists to grant Plaintiff a final extension of time to either pay the filing fee or apply for pauper status.

It is therefore ordered that Plaintiff has until December 15, 2023, to either pay the full $402 filing fee for this action or file a complete IFP application for a non-inmate.

If Plaintiff does not either pay the filing fee or properly apply for pauper status by December 15, 2023, this action will be subject to dismissal without prejudice. Dismissal without prejudice allows Plaintiff to refile his case with the Court, under a new case number, when he can either pay the filing fee or apply for *in forma pauperis* status.

The Clerk of the Court is directed to resend Plaintiff Robert Jones courtesy copies of the form application to proceed *in forma pauperis* for a non-inmate and instructions for the same.

DATED THIS 15th day of November 2023.

*[signature: C S]*

UNITED STATES MAGISTRATE JUDGE